# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
### ROANOKE DIVISION

CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

**MAY 0 6 2008**

JOHN F. CORCORAN, CLERK
BY:
DEPUTY CLERK

DAVID CANADA, )
    Plaintiff, )           Civil Action No. 7:07-cv-00421
     )
v. )           **FINAL ORDER**
     )
SGT. BOOTH, et al., )           By: Hon. James C. Turk
    Defendants. )           Senior United States District Judge

In accordance with the Memorandum Opinion entered this day, it is hereby

## ADJUDGED AND ORDERED

that defendant Webb's motion dismiss and defendant Boothe's motion for summary judgment

(Docket Numbers 18 and 24) are **GRANTED**. Any pending motions are hereby **DENIED as**

**MOOT**, and this case is **STRICKEN** from the active docket of the court.[*]

The Clerk is directed to send copies of this Order and the accompanying Memorandum

Opinion to plaintiff and to counsel of record for defendants.

**ENTER**: This ___6th___ day of May, 2008.

Senior United States District Judge

---

[*] Plaintiff is advised that he may appeal this decision pursuant to Rules 3 and 4 of the Federal Rules of Appellate Procedure by filing a notice of appeal with this court within thirty days of the date of entry of this Order, or within such extended period as the court may grant pursuant to Rule 4(a)(5).